Semha Alwaya (*admitted pro hac vice*)
Trelawney Kitchen (10374)
LAW OFFICES OF SEMHA ALWAYA, APC
2000 Powell Street, Suite 125
Emeryville, California 94608
Phone: (510) 595-7900
Facsimile: (510) 595-9049
Email: salwaya@alwayalaw.com
Email: tjkitchen@alwayalaw.com

AND

L. Kristopher Rath (5749)
Cynthia G. Milanowski (5652)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
Email: krath@hutchlegal.com
Email: cmilanowski@hutchlegal.com

*Attorneys for Plaintiff*
*Peleus Insurance Company*
*fka Colony National Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PELEUS INSURANCE COMPANY fka COLONY NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ATAIN SPECIALTY INSURANCE COMPANY; and DOES 1 through 20, inclusive,<br><br>Defendants | Case No. 2:18-cv-00064-JAD-GWF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**<br><br>ECF No. 33 |

Plaintiff PELEUS INSURANCE COMPANY fka COLONY NATIONAL INSURANCE

COMPANY and Defendant ATAIN SPECIALTY INSURANCE COMPANY, by and through their

counsel of record, hereby stipulate that the above-captioned action be dismissed *with prejudice* with each party bearing their respective attorney's fees and costs incurred herein.

DATED this 19th day of February, 2019.　　　DATED this 19th day of February, 2019.

HUTCHISON & STEFFEN, PLLC　　　　　　McKAY LAW FIRM, CHTD.

/s/ *Cynthia G. Milanowski*　　　　　　　　　　/s/ *Pamela A. McKay*
L. Kristopher Rath (5749)　　　　　　　　　　Pamela A. McKay (7812)
Cynthia G. Milanowski (5652)　　　　　　　　9320 Sun City Blvd., Suite 104
HUTCHISON & STEFFEN, PLLC　　　　　　Las Vegas, NV 89134
Peccole Professional Park
10080 W. Alta Dr., Suite 200
Las Vegas, NV 89145　　　　　　　　　　　*Attorneys for Defendant Atain Specialty Insurance Company*

AND

Semha Alwaya (*admitted pro hac vice*)
Trelawney Kitchen
LAW OFFICES OF SEMHA ALWAYA, APC
2000 Powell Street, Suite 125
Emeryville, California 94608

*Attorneys for Plaintiff*
*Peleus Insurance Company*
*fka Colony National Insurance Company*

**ORDER**

Based on the parties' stipulation **[ECF No. 33]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 19, 2019